**Dismissed and Memorandum Opinion filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00144-CR

**AURELIO COLIN VERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 412th District Court
### Brazoria County, Texas
### Trial Court Cause No. 50798-1

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 10, 2014. The appeal was assigned to the First Court of Appeals; however, the Harris County District Clerk subsequently, and erroneously, assigned this cause to this court. By letter dated March 19, 2014, the Harris County District Clerk advised this court of its error. Because this cause was erroneously assigned to this court, the appeal in this court is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).